IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Danielle Mierzejewski, et al | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 02-2801 |
| Wal-Mart Stores, Inc. | : |  |
|  | : |  |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Monday, December 2, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court

          By:_____
          Tashia C. Irving
          Deputy Clerk
          Phone: 267-299-7071

Date: August 15, 2002

Copies:    Eileen Adler, Courtroom Deputy to Judge Stewart Dalzell
           Docket Clerk - Case File

       Counsel:    Lawrence G. Metzger, Esq.
                     Roberto K. Paglione, Esq.

ARB2.FRM