IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Danielle Mierzejewski, et al | : CIVIL ACTION |
| v. | : |
| Wal-Mart Stores, Inc. | : No. 02-2801 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Monday, December 23, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case Continued from 12/2/02

By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date: November 29, 2002

Copies:   Eileen Adler, Courtroom Deputy to Judge Stewart Dalzell
Docket Clerk - Case File

  Counsel:    Lawrence G. Metzger, Esq.
              Roberto K. Paglione, Esq.
  Arbitrators: Joseph Lombardo, Esq.
               Joel Kalman, Esq.
               Linda Berman, Esq.

ARB2.FRM