IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Danielle Mierzejewski, et al | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-2801 |
| Wal-Mart Stores, Inc. | | |
| | : | |

## ORDER SUBSTITUTING AN ARBITRATOR

AND NOW, this         day of            , 2002 it is hereby

ORDERED that Joel Kalman, Esq.  is replaced as an arbitrator on Monday, December 23, 2002, 9:30 a.m.  It is hereby

FURTHER ORDERED that David Harwi, Esq.  is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
STEWART DALZELL, J.

ARB8 (12/82)