```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIELLE MIERZEJEWSKI, et al.   :   CIVIL ACTION
                                :
        v.                      :
                                :
WAL-MART STORES, INC.           :   NO. 02-2801
```

ORDER

AND NOW, this 22nd day of January, 2003, upon consideration of defendant's demand for trial de novo, it hereby ORDERED that a final pretrial and settlement conference shall CONVENE in Chambers (Room 10613) at 9:30 a.m. on January 24, 2003.

BY THE COURT:

_____
Stewart Dalzell, J.